# UNITED STATES DISTRICT COURT
для
District of Maine

| | | |
|---|---|---|
| JENNIFER RUTKA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:21-cv-00180-LEW |
| | ) | |
| ATSUSHI TAMAKI, | ) | |
| | ) | |
| Defendant | ) | |

**<u>REDACTED MOTION FOR CLIFFORD ORDER</u>**

NOW COMES the Plaintiff, by and through her undersigned counsel, and moves for the issuance of a Clifford Order, for the DHHS records relating to Atsuhi Tamaki and Jennifer Rutka, born in 1980, as follow:

1. The Plaintiff has filed a civil action alleging sexual abuse by the Defendant.

2. The Plaintiff has reason to believe that records of a DHHS investigation are available through an archive search.

3. Production of these records for in camera inspection by the Court and further dissemination to the parties upon further Court Order is appropriate. Pursuant to 22 M.R.S.A. § 4008 (3) (B), the Department of Health and Human Services shall disclose relevant information in its records to a court, on its finding that access to records may be necessary for the determination of any issue before the court.

4. A Proposed Clifford Order is attached for review by the Court.

5. The Proposed Order includes the Plaintiff's sister Stephanie as well as the Plaintiff's half siblings. All these children lived in the Defendant's home during relevant periods of time.

6. Attorney for the Defendant, Walter McKee, has/has no objection to this motion.

DATED: August 23, 2021                                /s/  Robert  A. Levine
                                                      _____
                                                      Robert A. Levine, Esquire
                                                      Bar #3845
                                                      Attorney for the Plaintiff
                                                      17 South Street
                                                      Portland, ME   04101
                                                      (207) 871-0036

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Redacted Motion for Clifford Order filed by the Plaintiff with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Walter F. McKee, Esq.
McKee Law, P.A.
133 State Street
Augusta, ME 04330

DATED: August 23, 2021                                /s/  Robert  A. Levine
                                                      _____
                                                      Robert A. Levine, Esquire
                                                      Bar #3845
                                                      Attorney for the Plaintiff
                                                      17 South Street
                                                      Portland, ME   04101
                                                      (207) 871-0036